440

Chicago Title and Trust Company et al., Appellees,
v. William Shiner et al., Appellants.

Gen. No. 41,637.

opinion filed February 13, 1941. Shaffer & Freedman, for appellants; Michael B. Roderick, of counsel; Mayer, Meyer, Austrian & Platt, for appellees; David F. Rosenthal, Thomas H. Alcock and Edwin A. Rothschild, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."